UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LAWRENCE FANNALY, III | * | CIVIL ACTION |
| | * | |
| versus | * | NO.: |
| | * | |
| LEI, INC., f/k/a LAMP RECYCLERS OF LOUISIANA, INC. | * | JUDGE: |
| | * | |
| | * | MAGISTRATE JUDGE: |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant, LEI, Inc. ("LEI"), with full reservation of any and all defenses, exceptions, and objections, whether in state court or federal court, including objections to personal jurisdiction, venue, forum selection, and convenience of the forum, hereby removes to this Court the civil action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled *Lawrence Fannaly, III v. LEI, Inc., f/k/a Lamp Recyclers of Louisiana, Inc.*, No. 2020-03954 (the "State Court Action"). Removal is based on the following grounds:

1.  On May 21, 2020, Lawrence Fannaly, III ("Fannaly") filed the State Court Action against LEI.

2.  On June 24, 2020, LEI was served with a copy of the Petition filed in the State Court Action and a Rule to Show Cause setting a hearing on November 10, 2020.

3.  Fannaly alleges, *inter alia*, a claim for payment of deferred compensation he alleges he is owed under LEI's Phantom Stock Appreciation Plan ("PSAP").

4.  Fannaly's State Court Action makes claims related to and arising under the PSAP, which is an employee pension benefit plan as defined by Section 3(2) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1001, *et seq.* The PSAP is in

5112917_1

the design of a non-qualified top hat deferred compensation plan, governed by the administration and enforcement provisions of ERISA, and Fannaly's claim to recover deferred compensation benefits under the PSAP, as pled, constitutes a claim for benefits under Section 502(a)(1)(B) of ERISA, 29 U.S.C. § 1132(a)(1)(B).  Therefore, Fannaly's asserted PSAP state law claims are preempted by ERISA, 29 U.S.C. § 1144(a) and are subject to the complete preemption doctrine of *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58 (1987).

5.  Litigation under ERISA presents a federal question under 28 U.S.C. § 1331(a), which grants district courts "original jurisdiction of all civil actions arising under the Constitution, laws or treaties of the United States."  This action may be removed to this Court pursuant to 28 U.S.C. § 1441 in that this is a civil action of which this Court has original jurisdiction.

6.  Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over any state law claims asserted in the Petition, which are so related to Fannaly's claims arising under federal law that they form part of the same case or controversy.

7.  Pursuant to 28 U.S.C. § 1441(a), removal is proper to this Court, as the Eastern District is the district where the State Court Action is pending.

8.  Removal is timely pursuant to 28 U.S.C. § 1446(b) because this Notice is filed with the Court within thirty (30) days after LEI was served with a copy of the Petition upon which this action is based.

9.  In accordance with 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, documents, and orders which have been served upon LEI as of the time of removal are attached hereto as "Exhibit A."

10.  Pursuant to 28 U.S.C. § 1446(d), LEI will promptly give written notice of the filing of this Notice of Removal to Fannaly.

11. LEI will file a copy of this Notice of Removal with the Clerk of Court for the Civil District Court, Parish of Orleans, State of Louisiana, as required by 28 U.S.C. § 1446(d).

12. LEI is the sole defendant in the State Court Action.

13. By virtue of this Notice of Removal, LEI does not waive its right to assert any claims, defenses, or other motions.

**WHEREFORE**, LEI removes this lawsuit from the Civil District Court for the Parish of Orleans, State of Louisiana, to the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

/s/ Thomas J. McGoey II
Thomas J. McGoey II, T.A. (La. Bar No. 18330)
Courtney Harper Turkington (La. Bar No. 38255)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108
TJMcGoey@Liskow.com
CHTurkington@Liskow.com

*Attorneys for LEI, Inc.*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of July, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document with exhibits and notice of electronic filing to the attorneys for all parties or to all unrepresented parties.

/s/ Thomas J. McGoey II

5112917_1